IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00730-CMA-MJW

EDWARD JIOVANI,

    Plaintiff,

v.

AMERICAN CORADIUS INTERNATIONAL, LLC, a Delaware limited liability company,

    Defendant.

---

NOTICE OF SETTLEMENT

---

COMES NOW the parties by and through their undersigned counsel of record and for their Notice of Settlement, hereby state as follows:

1. The Plaintiff and the Defendant have reached a settlement.

2. The settlement document has been executed by the parties.

3. The Parties will be filing a Stipulation of Dismissal with Prejudice with each party to pay its own attorney's fees and costs once the settlement terms have been completed by the parties. The Parties expect this to happen by May 11, 2012.

Dated: April 19, 2012.

Respectfully Submitted,

| _s/ David M. Larson_____ | __s/ Louis Leonard Galvis_____ |
|---|---|
| David M. Larson, Esq. | Louis Leonard Galvis, Esq. |
| 88 Inverness Circle East, Suite I-101 | Sessions, Fishman, Nathan & Israel, LLC |
| Englewood, CO 80112 | 645 Stonington Lane |
| Telephone: (303) 799-6895 | Fort Collins, CO 80525 |
| Attorney for Plaintiff | Telephone: (970) 223-4420 |
|  | Attorney(s) for Defendant |